# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2020

161182 & (25)(27)(29)(30)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BRIAN ANDRE WARREN,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161182
COA: 351202
Calhoun CC: 1995-000817-FC

On order of the Court, the motions to add additional issue and for immediate consideration are GRANTED. The application for leave to appeal the February 14, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for release and to hold in abeyance are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2020



Clerk

p0714